Susan D. Fahringer (CA Bar No. 162978)
SFahringer@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Google LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MOLANDER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC, a Delaware limited liability company,<br><br>        Defendant. | Case No. 5:20-cv-00918-EJD<br><br>**STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>Current Deadline:   March 13, 2020<br>Extended Deadline: April 27, 2020<br>                          (45-Day Extension)<br><br>Before:   Hon. Edward J. Davila |

1   WHEREAS, Plaintiff Brandon Molander ("Plaintiff") filed the complaint in this
2   action on February 6, 2020 (Dkt. 1);

3   WHEREAS, Plaintiff served Defendant Google LLC ("Defendant") with that
4   complaint on February 21, 2020, and filed proof of service with this Court that same day
5   (Dkt. 19);

6   WHEREAS, Defendant's response to the complaint currently is due by March 13,
7   2020;

8   WHEREAS, Plaintiff Molander's counsel, the Ahdoot & Wolfson ("AW") and Carey
9   Rodriguez Milian Gonya ("CR") firms, together, have been litigating substantially identical
10  claims against Google on behalf of the same putative class in the Northern District of
11  Illinois, since early 2016 and in Illinois state court, and, currently, represent plaintiffs in the
12  first filed of these cases, which is pending before the U.S. Court of Appeals for the Seventh
13  Circuit (*see Rivera v. Google LLC*, 7th Cir. Case No. 19-1182);

14  WHEREAS, AW and CR have also initated two cases in Illinois state court alleging
15  substantially identical claims against Google on behalf of the same putative class;

16  WHEREAS, *Rivera* and the other related actions filed by AW and CR, like the instant
17  action pending before this Court, seek damages and injunctive relief on a class-wide basis
18  against Google for allegedly collecting, storing, and using Plaintiff's biometric identifiers
19  and biometric information in connection with the Google Photos service in violation of
20  Illinois' Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1, *et. seq.*;

21  WHEREAS, the parties in the *Rivera* action have conducted substantial discovery,
22  including numerous depositions and the production and review of several hundred
23  thousand documents;

24  WHEREAS, the parties in the *Rivera* action have litigated numerous substantive
25  motions, including a motion to dismiss (which the district court denied) and a motion for
26  summary judgment (which the district court granted on Article III standing grounds and
27  resulted in a dismissal without prejudice, and which currently is on appeal before the
28  Seventh Circuit);

1    WHEREAS, the parties in the *Rivera* action have been actively engaged in settlement negotiations since May 2018, including conducting a full-day mediation in August 2018 before Hon. Layn R. Philllips (Ret.), commencing mediation before the Circuit Mediator for the U.S. Court of Appeals for the Seventh Circuit, and holding numerous conferences with the Circuit Mediator and each other concerning a potential class-wide settlement;

    WHEREAS, in light of these settlement discussions, during which all major deal points have been discussed and significant progress has been made regarding a potential class-wide settlement, the Circuit Mediator has entered an order setting an in-person status conference at the Seventh Circuit Mediation Office on March 31, 2020, which may result in continuing negotiations if the matter is not resolved during that conference. (7th Circuit Case No. 19-1182, Dkt. 25);

    WHEREAS, the parties are in agreement that an extension of Defendant's current deadline to respond to the complaint in this action would allow the parties to focus their resources on the currently pending and first-filed Seventh Circuit proceedings;

    WHEREAS, the Local Rules allow the parties to stipulate "to extend the time within which to answer or otherwise respond to the complaint, . . . provided the change will not alter the date of any event or any deadline already fixed by Court order" (Local Rule 6-1(a));

    WHEREAS, as recited above, good cause exists for a 45-day extension of Defendant's deadline to respond to the complaint in this action;

    WHEREAS, a 45-day extension of Defendant's deadline to respond to the complaint in this action will not alter the date of any event or any deadline already fixed by the Court;

///

///

///

///

ACCORDINGLY, the parties, by and through their counsel of record, hereby stipulate that Defendant's deadline to respond to the complaint in this matter shall be **EXTENDED** by 45 days, until **April 27, 2020**.

Dated: March 12, 2020

      */s/ [Susan D. Fahringer*
**PERKINS COIE LLP**
Susan D. Fahringer
SFahringer@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Google LLC

Dated: March 12, 2020

      */s/ Tina Wolfson*
**AHDOOT & WOLFSON, PC**
Tina Wolfson
*twolfson@ahdootwolfson.com*
Robert Ahdoot
*rahdoot@ahdoofwolfson.com*
Theodore W. Maya
*tmaya@ahdootwolfson.com*
Bradley K. King
*bking@ahdootwolfson.com*
10728 Lindbrook Drive
Los Angeles, CA 90024
Tel: (310) 474-9111
Fax: (310) 474-8585

**CAREY RODRIGUEZ MILIAN GONYA, LLP**
David P. Milian
*dmilian@careyrodriguez.com*
John C. Carey
*jcarey@careyrodriguez.com*
Jennifer M. Hernandez
*jhernandez@careyrodriguez.com*
1395 Brickell Avenue, Suite 700
Miami, Florida 33131
Tel: (305) 372-7474
Fax: (305) 372-7475

*Counsel for Plaintiff and the Putative Class*