1  Susan D. Fahringer, CA Bar No. 162978
   *SFahringer@perkinscoie.com*
2  PERKINS COIE LLP
3  1201 Third Avenue, Suite 4900
   Seattle, WA  98101-3099
4  Telephone: 206.359.8000
   Facsimile:  206.359.9000
5

6  Sunita Bali, CA Bar No. 274108
   *SBali@perkinscoie.com*
7  PERKINS COIE LLP
   505 Howard Street, Suite 1000
8  San Francisco, CA  94105-3204
   Telephone: 415.344.7000
9  Facsimile:  415.344.7050

10 Attorneys for Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRANDON MOLANDER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>GOOGLE LLC, a Delaware limited liability company,<br><br>                    Defendant. | Case No. 5:20-cv-00918-EJD<br><br>**DECLARATION OF SUNITA BALI IN SUPPORT OF GOOGLE LLC'S MOTION TO DISMISS, TRANSFER OR, ALTERNATIVELY, STAY PROCEEDINGS** |

I, Sunita Bali, declare as follows:

1. I am a partner at the law firm of Perkins Coie LLP, and one of the attorneys representing Google LLC ("Google") in the above-entitled action. I have personal knowledge of the facts set forth in this declaration and am competent to testify to its contents.

2. I served as counsel of record for Google in *Rivera v. Google LLC*, No. 1:16-cv-02714 (N.D. Ill. 2016) (the "*Rivera* Federal Action").

3. During the course of discovery in that litigation, the parties exchanged over 150 written discovery requests; in response, Google produced more than 300,000 pages of documents, which included highly technical documents related to Google Photos. Plaintiffs and third-parties produced an additional 639 pages of documents collectively. The parties took five depositions, including two depositions of Google's 30(b)(6) witnesses on the following topics:

   (a) "The way in which . . . Google Photos facial recognition technology is able to group photographs by face or otherwise identify individuals appearing in photographs, including with respect to [Google's] application of such technology to photographs depicting the faces of the Plaintiffs."

   (b) "[Google's] ability to comply with Illinois' Biometric Information Privacy Act, including, without limitation, [Google's] ability to: (1) identify the geographic location from where a particular photograph was uploaded to Google Photos, including with respect to the photographs uploaded to Google Photos depicting the faces of the Plaintiffs; (2) refrain from applying . . . Google Photos facial recognition technology to photographs uploaded from a particular state, city, or other geographic region; and (3) provide notice and obtain permission from an individual uploading a photograph depicting a human face to Google Photos prior to applying [Google's] facial recognition technology to such photograph."

4. Before filing this motion, I asked Ahdoot & Wolfson, P.C. and Carey Rodriguez Milian Gonya LLP ("AWCR") if they would stipulate to transferring this case to the U.S. District Court for the Northern District of Illinois. AWCR declined.

5. Attached as **Exhibit A** is a true and correct copy of a table summarizing the similarities between this action, the *Rivera* Federal Action, the *Rivera* State Action, and *Azzano*. The table also includes a summary of the *Calderon* and *Marquez* actions.

6. Attached as **Exhibit B** is a true and correct copy of a "redline" document showing the similarity between the consolidated complaint in the *Rivera* Federal Action and the complaint in this action. Black text indicates language that appears in both complaints in the same place; green text indicates language that appears in both complaints but in slightly different locations; red text indicates deletions (*i.e.*, language that appears in the consolidated complaint in the *Rivera* Federal Action but not in the *Molander* complaint); and blue text indicates additions (*i.e.*, language that does not appear in the consolidated complaint in the *Rivera* Federal Action but does appear in the *Molander* complaint).

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 18th day of June, 2020, at San Francisco, California.

By: */s/ Sunita Bali*
Sunita Bali