Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Theodore Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
Christopher Stiner (SBN 276033)
*cstiner@ahdootwolfson.com*
Rachel Johnson (SBN 331351)
*rjohnson@ahdootwolfson.com*
AHDOOT & WOLFSON, PC
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111

David P. Milian
*dmilian@careyrodriguez.com*
John C. Carey
*jcarey@careyrodriguez.com*
Jennifer M. Hernandez
jhernandez@careyrodriguez.com
CAREY RODRIGUEZ MILIAN, LLP
1395 Brickell Avenue, Suite 700
Miami, FL 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

Attorneys for Plaintiff

Susan D. Fahringer, CA Bar No. 162978
*SFahringer@perkinscoie.com*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Google LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| BRANDON MOLANDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-00918-EJD<br><br>**JOINT STATEMENT**<br><br><br>JUDGE: Hon. Edward J. Davila<br>CTRM: 4—5th Floor |

Pursuant to the Court's Order Granting Defendant's Motion to Stay (Dkt. No. 47), plaintiff Brandon Molander and defendant Google LLC hereby submit this Joint Statement updating the Court on the progress of the case since the parties' last joint statement (Dkt. No. 55).

On January 22, 2021, plaintiffs Lindabeth Rivera and Joseph Weiss (the "Rivera Plaintiffs"), represented by some of the same counsel representing Brian Molander in this case, filed a Motion to Stay the related federal action, *Rivera v. Google LLC*, No. 1:16-cv-02714 (N.D. Ill.) (the "*Rivera* Federal Action"), pending parallel state court actions—*Rivera v. Google LLC*, No. 19-CH-00990, and *Azzano v. Google LLC*, No. 19-CH-11153 (collectively, the "State Court Action"). As of this writing, the Motion to Stay remains pending and under submission before the court presiding over the *Rivera* Federal Action.

In March 2021, the Rivera Plaintiffs filed a Motion to Lift Stay in the State Court Action. On June 24, 2021, the Circuit Court of Cook County, Illinois County Department – Chancery Division (the "State Court"), entered an order granting the Rivera Plaintiffs' Motion to Lift the Stay on the State Court Action. *See* Exhibit 1. Litigation now is proceeding in that State Court on the Rivera Plaintiffs' claims under Section 15(a) and (b) of the Illinois Biometric Information Privacy Act, 740 Ill. Compl. Stat. 14/1 *et seq*. ("BIPA").

The parties have scheduled mediation regarding all of the related actions, including this one, before the Hon. Layn R. Phillips (Ret.). That mediation is set to proceed on August 27, 2021.

**Plaintiffs' Position**: Plaintiff respectfully requests that the stay on this action remain in effect at this time. To the extent the Court finds any of Defendant's argument below that this action now should be dismissed, rather than stayed, Plaintiff requests an opportunity to brief such issues fully.

Plaintiff Molander is not a party to the *Rivera* Federal Action or the State Court Action. He is entitled to proceed in this Court and, to the extent Defendant believes otherwise, it should request that the Court lift the stay on this action so that it can re-file another motion to dismiss or transfer or any other motion it deems appropriate.

Defendant is correct that circumstances have changed since this Court stayed this action in response to Defendant's first such motion (Dkt. No. 35), but Defendant is wrong that the change in circumstances now counsels in favor of dismissal, rather than a continuance of the stay. Indeed, if the federal court presiding over the *Rivera* Federal Action grants the Rivera Plaintiffs' currently pending motion to stay, then it could no longer be true that the issues presented in this action are likely to be fully resolved in that federal court.

At this time, it is clear that the proper course is to maintain the stay on this action while currently evolving events play out in the *Rivera* Federal Action, the State Court Action, and the parties' upcoming August 27, 2021 mediation. Accordingly, Plaintiff requests that the Court maintain the stay at this time and allow the parties to provide the Court with another joint statement in six months or sooner, if the matter is resolved through mediation or otherwise in advance of that deadline.

**Google's Position:** Plaintiff's counsel have chosen Illinois state court as the forum for litigating the BIPA claims asserted in this case. Plaintiff Molander (represented by the same counsel as the Rivera Plaintiffs) is a member of the putative class in the State Court Action, where litigation is now proceeding at Plaintiff's counsel's request. Thus, there is no reason for this case to remain pending, even if stayed.

None of the concerns that led this Court to stay rather than dismiss this case in the first instance remain. Google initially sought dismissal of this case in light of the ongoing *Rivera* Federal Action and duplicative State Court Action, but sought a stay in the alternative. Dkt. No. 35. Although this Court agreed with Google that this case should not be litigated because the ongoing *Rivera* Federal Action is likely to "resolve many of this issues in this action," the Court entered a stay rather than a dismissal "out of an abundance of caution." Dkt. No. 47 at 9. Specifically, the Court observed that "[d]ismissal is proper where the court of first filing provides adequate remedies," but a stay may be appropriate "[i]f there are concerns regarding the availability of remedies in the court of first filing, or regarding its jurisdiction over claims which might

implicate a statute of limitations if dismissed by that court, or if that court is preparing to transfer its matter to the court of second filing." *Id*. at 8-9.  Now that the Illinois state court has determined, at Plaintiff's counsel's request, that all plaintiffs' BIPA claims can and should be litigated in Illinois state court, there is no concern that Plaitniff will not have a forum to litigate all of his claims and seek the full range of remedies under BIPA as a member of the putative class in the State Court Action.

Plainiff's counsel's suggestion that dismissal of this case is inappropriate because the *Rivera* Federal Action may soon be stayed and thus may not resolve the issues presented in this case suggests gamesmanship.  First, the motion to stay was *filed by Plaintiff's counsel*, and opposed by Google.  Second, Plaintiff's counsel's purported justification for the requested stay was that it would "allow the entirety of Plaitniffs' claims [under BIPA §§ 15(a) and (b)] to proceed in their parallel Illinois state court action."  *Rivera* Federal Action, Dkt. No. 238 at 1.  No matter how the court presiding over the *Rivera* Federal Action rules on that motion, litigation is currently proceeding in the State Court Action on the very same BIPA claims asserted by the Plaintiff in this case, thus the issues presented in this case are likely to be resolved by another court.

Finally, Although the parties are scheduled to engage in mediation on August 27, 2021, that is not a reason to delay dismissal of this case.  Dismissal is appropriate whether or not the parties reach a resolution.

| | | |
|---|---|---|
| 1 | DATED:  July 22, 2021 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: */s/ Sunita Bali*<br>     Sunita Bali |
| 4 | | Susan D. Fahringer, CA Bar No. 162978 |
| 5 | | *SFahringer@perkinscoie.com*<br>1201 Third Avenue, Suite 4900 |
| 6 | | Seattle, WA 98101<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000 |
| 7 | | |
| 8 | | Sunita Bali, CA Bar No. 274108<br>*SBali@perkinscoie.com* |
| 9 | | 505 Howard Street, Suite 1000<br>San Francisco, CA  94105<br>Telephone: (415) 344-7000 |
| 10 | | Facsimile: (415) 344-7050 |
| 11 | | Attorneys for Defendant Google LLC |
| 12 | DATED:  July 22, 2021 | |
| 13 | | By: */s/ Tina Wolfson*<br>     Tina Wolfson |
| 14 | | **AHDOOT & WOLFSON, PC** |
| 15 | | Tina Wolfson<br>*twolfson@ahdootwolfson.com* |
| 16 | | Robert Ahdoot<br>*rahdoot@ahdootwolfson.com* |
| 17 | | Theodore W. Maya<br>*tmay@ahdootwolfson.com* |
| 18 | | Bradley K. King<br>*bking@ahdootwolfson.com* |
| 19 | | 2600 West Olive Drive, Suite 500<br>Burbank, CA 91505 |
| 20 | | Telephone: (310) 474-9111<br>Facsimile: (310) 474-8585 |
| 21 | | **CAREY RODRIGUEZ MILIAN, LLP** |
| 22 | | David P. Milian<br>*dmilian@careyrodriguez.com* |
| 23 | | John C. Carey<br>*jcarey@careyrodriguez.com* |
| 24 | | Jennifer M. Hernandez<br>*jhernandez@careyrodriguez.com* |
| 25 | | 1395 Brickell Avenue, Suite 700<br>Miami, FL 33131 |
| 26 | | Telephone: (305) 372-7474<br>Facsimile: (305) 372-7475 |
| 27 | | Attorneys for Plaintiff |
| 28 | | |

**ATTESTATION**

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatory.

DATED: July 22, 2021                            */s/ Tina Wolfson*
                                                Tina Wolfson

# EXHIBIT 1

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT – CHANCERY DIVISION

| | |
|---|---|
| LINDABETH RIVERA and JOSEPH WEISS, individually and on behalf of all others similarly situated, <br><br>　　　　　　　Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, a Delaware limited liability company, <br><br>　　　　　　　Defendant. | Case No. 2019-CH-00990 <br><br> Calendar 15 <br><br> Hon. Anna M. Loftus |
| MICHAEL AZZANO and NOE GAMBOA, individually and on behalf of all others similarly situated, <br><br>　　　　　　　Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, a Delaware limited liability company, <br><br>　　　　　　　Defendant. | Case No. 2019-CH-11153 <br><br> Calendar 15 <br><br> Hon. Anna M. Loftus |

### ORDER GRANTING PLAINTIFFS' MOTION TO LIFT STAY

THIS MATTER having come before the Court on June 17, 2021, on Plaintiffs' Motion to Lift Stay, due notice given, parties present through counsel, and the Court being fully advised:

**IT IS HEREBY ORDERED THAT:**

1)　　For the reasons stated on the record, Plaintiffs' Motion to Lift Stay is **GRANTED**;

2) The Court declines to extend the stay in *Rivera v. Google LLC*, No. 19-CH-00990, and *Azzano v. Google LLC*, No. 19-CH-11153;

3) Litigation will proceed in this Court on Plaintiffs' claims under Sections 15(a) and (b) of the Illinois Biometric Information Privacy Act, 740 ILL. COMP. STAT. 14/1 *et seq.* ("BIPA"); and

4) A status conference is set for **July 23, 2021, at 10:00 a.m.** in *Rivera v. Google LLC*, No. 19-CH-00990. At that time, the Court intends to discuss whether and to what extent the parties intend to proceed with litigation in *Azzano v. Google*, 19 CH 11153, and *Marquez v. Google*, 21 CH 1460.

ENTERED:

/s/ *Anna M. Loftus*

Judge Anna M. Loftus, No. 2102

Order Prepared by:

**AHDOOT & WOLFSON, PC**
Robert Ahdoot (pro hac vice)
radhoot@ahdootwolfson.com
Tina Wolfson (pro hac vice)
twolfson@ahdootwolfson.com
Theodore Maya (pro hac vice)
tmaya@ahdootwolfson.com
2600 West Olive Ave., Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

**CAREY RODRIGUEZ MILIAN, LLP**
David P. Milian (pro hac vice)
dmilian@careyrodriguez.com
1395 Brickell Avenue, Suite 700

2

Miami, Florida 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

**CARLSON LYNCH LLP**
Katrina Carroll
kcarroll@carsonlynch.com
Kyle A. Shamberg
kshamberg@carsonlynch.com
Nicholas R. Lange
nlange@carlsonlynch.com
111 West Washington St., Suite 1240
Chicago, Illinois 60602
Telephone: (312) 750-1265
Firm ID: 63746

*Counsel for Plaintiffs and the Putative Class*


Susan D. Fahringer
(lead counsel, pro hac vice)
Ryan Spear
(pro hac vice)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Tel: (206) 359-8000
Email: SFahringer@perkinscoie.com

Kathleen A. Stetsko
**PERKINS COIE LLP**
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Tel: (312) 324-8400
Kstetsko@perkinscoie.com
Firm I.D. No. 39225

*Counsel for Defendant Google LLC*