Tina Wolfson (SBN 174806)
*twolfson@ahdootwolfson.com*
Robert Ahdoot (SBN 172098)
*rahdoot@ahdootwolfson.com*
Theodore Maya (SBN 223242)
*tmaya@ahdootwolfson.com*
Bradley K. King (SBN 274399)
*bking@ahdootwolfson.com*
AHDOOT & WOLFSON, PC
2600 West Olive Avenue, Suite 500
Burbank, California 91505
Tel: (310) 474-9111

David P. Milian
*dmilian@careyrodriguez.com*
John C. Carey
*jcarey@careyrodriguez.com*
Jennifer M. Hernandez
jhernandez@careyrodriguez.com
CAREY RODRIGUEZ MILIAN, LLP
1395 Brickell Avenue, Suite 700
Miami, FL 33131
Telephone: (305) 372-7474
Facsimile: (305) 372-7475

Attorneys for Plaintiff

Susan D. Fahringer, CA Bar No. 162978
*SFahringer@perkinscoie.com*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Google LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| BRANDON MOLANDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:20-cv-00918-EJD<br><br>**JOINT STATEMENT**<br><br>JUDGE: Hon. Edward J. Davila<br>CTRM: 4—5th Floor |

Pursuant to the Court's Order Granting Defendant's Motion to Stay (ECF No. 47), plaintiff Brandon Molander and defendant Google LLC hereby submit this Joint Statement updating the Court on the progress of the case since the parties' last joint statement (ECF No. 56).

On January 22, 2021, plaintiffs Lindabeth Rivera and Joseph Weiss (the "Rivera Plaintiffs"), represented by some of the same counsel representing Brian Molander in this case, filed a Motion to Stay the related federal action, *Rivera v. Google LLC*, No. 1:16-cv-02714 (N.D. Ill.) (the "*Rivera* Federal Action"), pending parallel state court actions—*Rivera v. Google LLC*, No. 19-CH-00990, and *Azzano v. Google LLC*, No. 19-CH-11153 (collectively, the "State Court Action"). The court in the *Rivera* Federal Action granted the Plaintiffs' Motion to stay (*Rivera* Federal Action, ECF No. 258).

In March 2021, the Rivera Plaintiffs filed a Motion to Lift Stay in the State Court Action. On June 24, 2021, the Circuit Court of Cook County, Illinois County Department – Chancery Division (the "State Court"), entered an order granting the Rivera Plaintiffs' Motion to Lift the Stay on the State Court Action. *See* Exhibit 1. Litigation now is proceeding in that State Court on the Rivera Plaintiffs' claims under Section 15(a) and (b) of the Illinois Biometric Information Privacy Act, 740 Ill. Compl. Stat. 14/1 *et seq*. ("BIPA").

In addition, the Parties have been engaged in active settlement negotiations for months, and are scheduled to participate in another mediation session on January 24, 2022, before the Hon. Stuart Palmer (Ret.).

Given that litigation is proceeding in the State Court Action, and the paties' ongoing settlement discussions, the Parties respectfully request that the Court maintain the stay at this time and allow the parties to provide the Court with another joint statement in six months or sooner, if the matter is resolved through mediation or otherwise in advance of that deadline.

| | | |
|---|---|---|
| 1 | DATED: January 21, 2022 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: */s/ Sunita Bali*<br>        Sunita Bali |
| 4 | | Susan D. Fahringer, CA Bar No. 162978 |
| 5 | | *SFahringer@perkinscoie.com*<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101 |
| 6 | | Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000 |
| 7 | | |
| 8 | | Sunita Bali, CA Bar No. 274108<br>*SBali@perkinscoie.com* |
| 9 | | 505 Howard Street, Suite 1000<br>San Francisco, CA  94105<br>Telephone: (415) 344-7000 |
| 10 | | Facsimile: (415) 344-7050 |
| 11 | | Attorneys for Defendant Google LLC |
| 12 | DATED: January 21, 2022 | |
| 13 | | By:  */s/ Tina Wolfson*<br>        Tina Wolfson |
| 14 | | **AHDOOT & WOLFSON, PC** |
| 15 | | Tina Wolfson<br>*twolfson@ahdootwolfson.com* |
| 16 | | Robert Ahdoot<br>*rahdoot@ahdootwolfson.com* |
| 17 | | Theodore W. Maya<br>*tmay@ahdootwolfson.com* |
| 18 | | Bradley K. King<br>*bking@ahdootwolfson.com* |
| 19 | | 2600 West Olive Drive, Suite 500<br>Burbank, CA 91505 |
| 20 | | Telephone: (310) 474-9111<br>Facsimile: (310) 474-8585 |
| 21 | | **CAREY RODRIGUEZ MILIAN, LLP** |
| 22 | | David P. Milian<br>*dmilian@careyrodriguez.com* |
| 23 | | John C. Carey<br>*jcarey@careyrodriguez.com* |
| 24 | | Jennifer M. Hernandez<br>*jhernandez@careyrodriguez.com* |
| 25 | | 1395 Brickell Avenue, Suite 700<br>Miami, FL 33131 |
| 26 | | Telephone: (305) 372-7474<br>Facsimile: (305) 372-7475 |
| 27 | | Attorneys for Plaintiff |
| 28 | | |

**ATTESTATION**

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatory.

DATED: January 21, 2022         /s/ Tina Wolfson
                                Tina Wolfson